IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. |
| ) | |
| Plaintiff, ) | JUDGE |
| ) | |
| v. ) | |
| ) | |
| $350,050.00 IN U.S. CURRENCY SEIZED ) ON OCTOBER 30, 2019, ) | |
| ) | |
| $6,000.00 IN U.S. CURRENCY SEIZED ) ON OCTOBER 30, 2019, ) | |
| ) | |
| 18K YELLOW GOLD ROLEX DAY-DATE ) WATCH SEIZED ON OCTOBER 30, 2019, ) | |
| ) | |
| ASSORTED JEWELRY WITH AN ) APPROXIMATE VALUE OF $67,361.00 ) SEIZED ON OCTOBER 30, 2019, ) | |
| ) | |
| Defendants. ) | |
| ) | **COMPLAINT IN FORFEITURE** |

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Henry F. DeBaggis, Assistant U.S. Attorney, and files this Complaint in Forfeiture, respectfully alleging, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, as follows:

**JURISDICTION AND INTRODUCTION**

1. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C.

Section 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. Section 881(a)(6).

2. This Court has *in rem* jurisdiction over the defendants currency and property: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1355(b)(1)(B), incorporating 28 U.S.C. Section 1395, because the action accrued in this district. This Court will have control over the defendants currency and property through service of an arrest warrant *in rem*, which the Drug Enforcement Administration (DEA) will execute upon the defendant currency and property. *See*, Supplemental Rules G(3)(b) and G(3)(c).

3. Venue is proper in this district: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1395 because the action accrued in this district.

4. On October 30, 2019, the defendants $350,050.00 and $6,000.00 in U.S. Currency and a 18K Yellow Gold Rolex Day-Date Watch and Assorted Jewelry with an Approximate Value of $67,361.00 were seized from Cory L. Grandison's residence at XXXX Brittany Boulevard, Akron, Ohio. The seizure was made by DEA special agents and local law enforcement officers pursuant to a federal search warrant authorized by Magistrate Judge Kathleen B. Burke on October 28, 2019. The defendants currency and property are now in the custody of the federal government.

5. Subsequent to the seizure, the DEA commenced an administrative forfeiture proceeding against the defendants currency and property. A claim to the defendants currency and property was submitted by Cory L. Grandison in the administrative forfeiture proceeding, thereby requiring the filing of this judicial forfeiture action.

6. The defendants currency and property are subject to forfeiture to the United States under 21 U.S.C. Section 881(a)(6) in that they constitute proceeds from illegal drug trafficking activities, and/or were used - or were intended to be used - in exchange for illegal controlled substances, and/or were used - or were intended to be used - to facilitate illegal drug trafficking activities.

**FORFEITURE**

7. On October 30, 2019, at approximately 10:00 a.m., DEA special agents and local law enforcement officers executed a search warrant at the residence of Corey L. Grandison located at XXXX Brittany Boulevard, Akron, Ohio. At the time of the search, Grandison was present at the residence.

8. During the search of the residence, law enforcement seized the following property:

   a. Smith & Wesson Body Guard .380 pistol loaded with seven (7) rounds of Hornady ammunition;

   b. Two (2) Royal Sovereign money counters;

   c. $350,050.00 in U.S. Currency in a backpack;

   d. $6,000.00 in U.S. Currency;

   e. 18K yellow gold Rolex Day-Date watch;

   f. Assorted jewelry with an approximate value of $67,361.00;

   g. One (1) bag of suspected marijuana;

   h. One (1) vial of suspected steroids; and

   i. Miscellaneous marijuana edibles.

9. Prior to the seizures, Grandison was asked if there were any money or guns inside his residence and he stated that there was a backpack upstairs that contained one hundred

thousand dollars ($100,000.00). After the currency was seized from the backpack, Grandison stated that he was not employed but stated he flipped vehicles as a source of income[1].

10. Prior to the seizures, the DEA made the following controlled purchases of crystal methamphetamine from Cory L. Grandison:

    a. In October 2018, a controlled purchase of 443.92 grams of crystal methamphetamine was made from Grandison at a residence in Akron, Ohio;

    b. In January 2019, a controlled purchase of 440.32 grams of crystal methamphetamine was made from Grandison at a business in Akron, Ohio; and

    c. In March 2019, a controlled purchase of 445.39 grams of crystal methamphetamine was made from Grandison at a residence in Akron, Ohio.

11. Prior to the seizures, Cory L. Gandison was convicted of Trafficking in Cocaine on or about February 3, 2006, in case number CR-2005-11-4027, in the Summit County Court of Common Pleas and he was sentenced to one (1) year in prison.

12. Prior to the seizures, Cory L. Grandison was convicted of Aggravated Possession of Drugs on or about January 14, 2010, in case number CR-2009-11-3334, in the Summit County Court of Common Pleas, and he was sentenced to two (2) years of community control.

13. After the seizures, on February 18, 2020, Grandison pleaded guilty plea to being a felon in possession of a firearm in the United States District Court for the Northern District of Ohio; Case No. 5:19 CR 714, and he agreed to the forfeiture of the Smith & Wesson Body Guard .380 pistol and seven (7) rounds of ammunition seized at his residence on October 30, 2019.

---

[1] Records from the Ohio Department of Taxation show that Cory L. Grandison's federal adjusted gross income for the following tax years were reported as: 2013--$11,717; 2014--$865; 2015--$10,106; 2016—nothing on file; and 2017--$14,087.

## CONCLUSION

14. By reason of the foregoing, the defendants $350,050.00 and $6,000.00 in U.S. Currency and the 18K Yellow Gold Rolex Day-Date Watch and Assorted Jewelry with an Approximate Value of $67,361.00 are subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6) in that they constitute proceeds from illegal drug trafficking activities, and/or were used - or were intended to be used - in exchange for illegal controlled substances, and/or were used - or were intended to be used - to facilitate illegal drug trafficking activities.

WHEREFORE, plaintiff, the United States of America, requests that this Court enter judgment condemning the defendants currency and property and forfeiting them to the United States, and providing that the defendant currency and property be delivered into the custody of the United States for disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

Justin E. Herdman
United States Attorney
Northern District of Ohio

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3749 / Fax: 216.522.7499
Henry.DeBaggis@usdoj.gov

## VERIFICATION

STATE OF OHIO            )
                         ) SS.
COUNTY OF CUYAHOGA  )

I, Henry F. DeBaggis, under penalty of perjury, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the within entitled action. The foregoing Complaint in Forfeiture is based upon information officially provided to me and, to my knowledge and belief, is true and correct.

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney

Sworn to and subscribed in my presence this  25  day of February, 2020.



DIANE SCHNEIDER
NOTARY PUBLIC
STATE OF OHIO
COMM. EXPIRES
_____
RECORDED IN
CUYAHOGA COUNTY

Notary Public

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Henry F. DeBaggis, Assistant U.S. Attorney
801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113
216-622-3749

**DEFENDANTS**
$350,050.00 U.S. Currency, $6,000.00 U.S. Currency, 18K Yellow Gold Rolex Day-Date, Assorted Jewelry Valued at $67,361.00.

County of Residence of First Listed Defendant  Summit County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Mr. Thomas Bauer, Jr.
Burdon & Merlitti
137 South Main Stree, #201, Akron, OH 44308

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:
Civil Forfeiture Action pursuant to 21 USC 881

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  02/25/2020
SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

**I.** Civil Categories: (Please check one category only).

1. [✓] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.** **RELATED OR REFILED CASES:** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action: [ ] is **RELATED** to another **PENDING** civil case [ ] is a **REFILED** case [ ] was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.** In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:** Summit

Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2) **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3) **Other Cases.** If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.** The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

[✓] **AKRON** (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[ ] **CLEVELAND** (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] **YOUNGSTOWN** (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] **TOLEDO** (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $350,050.00 IN U.S. CURRENCY SEIZED ON OCTOBER 30, 2019, | ) ) | |
| | ) | |
| $6,000.00 IN U.S. CURRENCY SEIZED ON OCTOBER 30, 2019, | ) ) | |
| | ) | |
| 18K YELLOW GOLD ROLEX DAY-DATE WATCH SEIZED ON OCTOBER 30, 2019, | ) ) | |
| | ) | |
| ASSORTED JEWELRY WITH AN APPROXIMATE VALUE OF $67,361.00 SEIZED ON OCTOBER 30, 2019, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | PRAECIPE |
| | ) | |

Please issue a Warrant of Arrest in Rem on the Defendant $350,050.00 in U.S. Currency, $6,000.00 in U.S. Currency, 18K Yellow Gold Rolex Day-Date Watch, and Assorted Jewelry with Approximate Value of $67,361.00 to the United States Marshals Service on behalf of the United States Attorney's Office.

Respectfully submitted,

Justin E. Herdman
United States Attorney

By: /s/ Henry F. DeBaggis

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
801 West Superior Avenue
Suite 400
Cleveland, OH 44113-1852
Tel. (216) 622-3749
Fax. (216) 522-7499
Henry.DeBaggis@usdoj.gov

# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO:  UNITED STATES MARSHALS SERVICE, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on __02/25/2020__ a __Complaint in Forfeiture__ was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States, against:

$350,050.00 U.S. Currency (CATS ID# 20-DEA-657473)
$6,000.00 U.S. Currency (CATS ID# 20-DEA-657472)
18K Yellow Gold Rolex (CATS ID# 20-DEA-657670)
Assorted Jewelry (CATS ID# 20-DEA-657671)

and WHEREAS, the defendant properties are currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | | UNITED STATES DISTRICT JUDGE AT |
|---|---|---|
| DATE | CLERK<br><br>(BY) DEPUTY CLERK | |

Returnable __-60-__ days after issue.

United States Marshals Service

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| PRINTED NAME | SIGNATURE | |

U.S. Department of Justice

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER |
| DEFENDANT<br>$350,050.00 in U.S. Currency, et al. | TYPE OF PROCESS<br>Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$350,050.00 in U.S. Currency, $6,000.00 in U.S. Currency, 18K Yellow Gold Rolex, and Assorted Jewelry

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Henry F. DeBaggis, Assistant United States Attorney
Office of the United States Attorney
801 W. Superior Avenue, Suite 400 United States Courthouse
Cleveland, Ohio 44113

| | |
|---|---|
| Number of process to be served with this Form | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

$350,050.00 in U.S. Currency (20-DEA-657473), $6,000.00 in U.S. Currency (20-DEA-657472), 18K Yellow Gold Rolex Day-Date (20-DEA-657670), and Assorted Jewelry Valued at $67,361.00 (20-DEA-657671).

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 216-622-3749    DATE: 02/25/2020

## SPACE BELOW FOR USE BY PROCESSING OFFICIAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized Agent or Other Agency Personnel | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date          Time          [ ] am  [ ] pm

Signature

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $350,050.00 IN U.S. CURRENCY SEIZED ON OCTOBER 30, 2019, | ) ) | |
| | ) | |
| $6,000.00 IN U.S. CURRENCY SEIZED ON OCTOBER 30, 2019, | ) ) | |
| | ) | |
| 18K YELLOW GOLD ROLEX DAY-DATE WATCH SEIZED ON OCTOBER 30, 2019, | ) ) ) | |
| | ) | |
| ASSORTED JEWELRY WITH AN APPROXIMATE VALUE OF $67,361.00 SEIZED ON OCTOBER 30, 2019, | ) ) ) ) | |
| Defendants. | ) ) | NOTICE |

Party-in-Interest:   Cory Grandison
c/o Thomas Bauer, Jr. Esq.
137 South Main Street 201
Akron, Ohio 44308

The above-captioned forfeiture action was filed in U.S. District Court on February 25, 2020. A copy of the complaint is attached. If you claim an interest in the defendant property, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, you are required to file with the Court, and serve upon Henry F. DeBaggis,

plaintiff's attorney, whose address is United States Attorney's Office; United States Court House; 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113, a verified claim to the defendant property within thirty-five (35) days after your receipt of the complaint. Said claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint or a motion under Rule 12 of the Civil Rules of Procedure, within twenty (20) days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment by default will be taken for the relief demanded in the complaint.

                Respectfully submitted,

                Justin E. Herdman
                United States Attorney

By: /s/ Henry F. DeBaggis
                Henry F. DeBaggis (OH: 0007561)
                Assistant United States Attorney
                801 West Superior Avenue
                Suite 400
                Cleveland, OH 44113-1852
                Tel. (216) 622-3749
                Fax. (216) 522-7499
                Henry.DeBaggis@usdoj.gov